# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| DAVIS L. JACKSON #247223 | CIVIL DOCKET NO. 5:20-CV-0700-P |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| DARREL VANNOY | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 11), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 14th day of June, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT